UNITED STATES COURT OF INTERNATIONAL TRADE　　　　　　FORM 8A

| | |
|---|---|
| DONGKUK S&C CO., LTD., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>UNITED STATES, <br><br>　　　　　Defendant, <br><br>　　　and <br><br>WIND TOWER TRADE COALITION, <br><br>　　　　　Defendant-Intervenor. | Before: Hon. Leo M. Gordon, Judge <br><br>Court No. 23-00075 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated:  May 20, 2025

　　　　　　　　　　　　　　　　　　/s/ Jarrod M. Goldfeder
　　　　　　　　　　　　　　　　　　Jarrod M. Goldfeder
　　　　　　　　　　　　　　　　　　Robert G. Gosselink
　　　　　　　　　　　　　　　　　　MacKensie R. Sugama
　　　　　　　　　　　　　　　　　　TRADE PACIFIC PLLC
　　　　　　　　　　　　　　　　　　700 Pennsylvania Avenue, SE, Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　Telephone No.: (202) 223-3760

　　　　　　　　　　　　　　　　　　*Attorneys for Dongkuk S&C Co., Ltd.*
　　　　　　　　　　　　　　　　　　*Plaintiff*

|  |  |
|---|---|
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | PATRICIA M. McCARTHY<br>Director |
| | /s/ Reginald T. Blades<br>REGINALD T. BLADES<br>Assistant Director |
| JESUS N. SAENZ<br>Of Counsel<br>U.S. DEPARTMENT OF COMMERCE<br>Office of Chief Counsel for<br>Trade Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Room 3613<br>Washington, DC  20230<br>Telephone No.:  (202) 482-1823 | /s/ Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Telephone No.:  (202) 305-7568 |
| | *Attorneys for the United States Defendant* |
| | /s/ Alan H. Price<br>Alan H. Price<br>Robert E. DeFrancesco, III<br>Laura El-Sabaawi<br>John Allen Riggins<br>WILEY REIN LLP<br>2050 M Street, NW<br>Washington, DC  20036<br>Telephone No.:  (202) 719-3375 |
| | *Attorneys for Wind Tower Trade Coalition Defendant-Intervenor* |

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 23-00075 | DONGKUK S&C CO., LTD. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                          Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)